**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  No Permissible Purpose
**Your GLBA Permissible Use:**  No Permissible Purpose
**Your DMF Permissible Use:**  No Permissible Purpose

# Comprehensive Report

**Date:** 06/12/24
**Reference Code:** 1089927

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |
| Name:  RAHUL RAJENDRA AGRAWAL | | Bankruptcy: **No** |
| Date of Birth: **10/xx/1978** | RAHUL RAJENDRA AGRAWAL | Property: **Yes** |
| Age: **45** | Age: **45**  SSN: xxx-xx-xxxx | Corporate Affiliations: **No** |
| SSN: xxx-xx-xxxx    issued in **Indiana** | RAHUL R AGRAWAL | |
| between **2/4/1997** and **10/1/1998** | Age: **45**  SSN: xxx-xx-xxxx | |
| View All SSN Sources | RAHUL AGRAWAL | |
| | Age: **45**  SSN: xxx-xx-xxxx | |
| | RAHUL R AGARWAL | |
| | Age: **45**  SSN: xxx-xx-xxxx | |
| | RAHUL AGARWAL | |
| | Age: **45**  SSN: xxx-xx-xxxx | |
| | RAHUL RAJENDRA AGARWAL | |
| | Age: **45**  SSN: xxx-xx-xxxx | |
| | R AGRAWAL PODJA | |
| | Age: **45**  SSN: xxx-xx-xxxx | |
| | RAHUL AGRAWALA | |
| | Age: **45**  SSN: xxx-xx-xxxx | |
| | RAHUL RAJENDKA AGARWAL | |
| | Age: **45**  SSN: xxx-xx-xxxx | |
| | RAJENDRA R AGARWAL | |
| | Age: **45**  SSN: xxx-xx-xxxx | |

**Active Address(es):**   View All Address Variation Sources

✔ 4329 DARSEY ST, BELLAIRE, TX 77401-5604, HARRIS COUNTY (Jul 2023 - Feb 2024)
   **Name Associated with Address:**
      RAHUL R AGRAWAL
         **Current Residents at Address:**
      RAHUL RAJENDRA AGRAWAL
      KWANG J KWANGJIP
      MARY MARGARET WARE
      SNEHA BAGRI AGARWAL

**EXHIBIT I**

ALEXANDER RICHARD SCHULKE

**Property Ownership Information for this Address**

    **Property:**

        Parcel Number - 059-127-029-0008   ⓘ

        Owner Name: RAHUL AGARWAL

        Owner Name 2: SNEHA B AGARWAL

        Property Address - 4329 DARSEY ST, BELLAIRE, TX 77401-5604, HARRIS COUNTY

        Owner Address: 4329 DARSEY ST, BELLAIRE, TX 77401-5604, HARRIS COUNTY

        Sale Date - 07/25/2023

        Seller Name: SAIMUN SINGLA

        Seller Name 2: NITIN K SINGLA

        Loan Amount - $800,000

        Loan Type - CONVENTIONAL

        Data Source - A


**Previous And Non-Verified Address(es):**   View All Address Variation Sources

   13416 MOONLIT LAKE LN SUITE, PEARLAND, TX 77584-3733, BRAZORIA COUNTY ( 2009 - Nov 2023)

    **Name Associated with Address:**

      RAHUL RAJENDRA AGRAWAL

    **Property Ownership Information for this Address**

      **Property:**

        Parcel Number - 7502-4101-008   ⓘ

        Owner Name: RAHUL R AGARWAL

        Property Address: - 13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733, BRAZORIA COUNTY

        Owner Address:

        Sale Date - 07/31/2009

        Subdivision Name - SHADOW CREEK RANCH SF1-SF2-SF3

        Total Market Value - $343,630

        Assessed Value - $296,692

        Land Value - $37,120

        Improvement Value - $306,510

        Land Size - 6,186 Square Feet

        Year Built - 2009

        Seller Name: PERRY HOMES LLC

        Legal Description - SHADOW CREEK RANCH SF41 (PEARLAND), BLOCK 1, LOT 8

        Data Source - A


   6318 BOX BLUFF CT, SUGAR LAND, TX 77479-5023, FORT BEND COUNTY

    **Name Associated with Address:**

      R AGRAWAL PODJA

      **Current Residents at Address:**

      DANIEL ALAN FREMION

      WERUCHE UZOARU

      AZOGU EMMANUELA UDOM

    **Property Ownership Information for this Address**

      **Property:**

        Parcel Number - 7630-01-004-0230-907   ⓘ

        Owner Name: YIPING WAN

        Owner Name 2: JING QIN

        Property Address: - 6318 BOX BLUFF CT, SUGAR LAND, TX 77479-5023, FORT BEND COUNTY

        Owner Address:

        Sale Date - 02/01/2022

        Sale Price - $304,687

        Subdivision Name - ROBINSON LANDING SEC 1

Total Market Value - $359,052
Assessed Value - $359,052
Land Value - $39,600
Improvement Value - $319,452
Land Size - 6,376 Square Feet
Year Built - 1990
Seller Name: THURAYA GHARRAWI
Seller Name 2: HASSAN GHARRAWI
Legal Description - ROBINSON LANDING SEC 1, BLOCK 4, LOT 23, R/P
Loan Amount - $243,750
Loan Type - CONVENTIONAL
Lender Name - FIRST LNDG
Data Source - A

**2717 3RD ST APT 615, LUBBOCK, TX 79415-3401, LUBBOCK COUNTY** (Jan 2002 - Mar 2005)

**Name Associated with Address:**

RAHUL R AGRAWAL

806-765-9907

**Property Ownership Information for this Address**

**Property:**

Parcel Number - R97145

Owner Name: CREILUBBOCK LLC

Property Address: - 2717 3RD ST, LUBBOCK, TX 79415-3438, LUBBOCK COUNTY

Owner Address:

Sale Date - 10/01/2013

Subdivision Name - BLANKENSHIP #2

Total Market Value - $17,487,243

Assessed Value - $17,487,243

Land Value - $1,027,986

Improvement Value - $16,459,257

Land Size - 342,662 Square Feet

Year Built - 1975

Seller Name: SIERRA CROSSING HOLDING CO LLC

Legal Description - BLANKENSHIP #2 TR B & E130.33' OF TR A

Loan Amount - $13,108,000

Lender Name - FIRST TN BK NA

Data Source - A

**2406 MAIN ST APT 28, LUBBOCK, TX 79401-2941, LUBBOCK COUNTY** (Sep 2000 - Jan 2002)

**Name Associated with Address:**

RAHUL R AGRAWAL

806-765-9907

**Property Ownership Information for this Address**

**Property:**

Parcel Number - R59518

Book - 4599

Page - 60

Owner Name: CD PARK7 LUBBOCK II OWNER LP

Owner Name 2: COPPERWOOD APARTMENTS

Property Address: - 2406 MAIN ST, LUBBOCK, TX 79401-2900, LUBBOCK COUNTY

Owner Address: 461 PARK AVE S FL 4, NEW YORK, NY 10016-7579, NEW YORK COUNTY

Land Usage - APARTMENTS (GENERIC)

Subdivision Name - OVERTON

Total Market Value - $1,152,748

Assessed Value - $1,152,748
Land Value - $898,313
Improvement Value - $254,435
Year Built - 1981
Legal Description - OVERTON BLK 98 L 1-4 & 21-23 & 24 LESS SE112.5 SQFT & CLOSED ALLEY
Data Source - B

**2402 9TH ST APT 1, LUBBOCK, TX 79401-2418, LUBBOCK COUNTY** (Sep 1998 - Sep 2001)
**Name Associated with Address:**
RAJENDRA R AGARWAL
806-765-9907

**Property Ownership Information for this Address**
**Property:**
Parcel Number - R311409
Owner Name: 2402 9TH ST LLC
Property Address: - 2402 9TH ST, LUBBOCK, TX 79401-2418, LUBBOCK COUNTY
Owner Address:
Sale Date - 10/23/2012
Sale Price - $550,000
Subdivision Name - OVERTON PARK
Total Market Value - $1,030,000
Assessed Value - $1,030,000
Land Value - $443,780
Improvement Value - $586,220
Land Size - 22,189 Square Feet
Year Built - 2014
Seller Name: MCCANTON WOODS LC
Legal Description - OVERTON PARK TR 1C3B
Loan Amount - $440,000
Loan Type - CONVENTIONAL
Lender Name - CITY BK
Data Source - A

**2413 9TH ST APT 7, LUBBOCK, TX 79401-2417, LUBBOCK COUNTY** (Jul 1997)
**Name Associated with Address:**
RAHUL R AGRAWAL
806-765-9907

**Property Ownership Information for this Address**
**Property:**
Parcel Number - R59362
Owner Name: HANA MELANIE ILL CANIZARO
Property Address: - 2413 9TH ST, LUBBOCK, TX 79401-2417, LUBBOCK COUNTY
Owner Address: 4622 8TH ST, LUBBOCK, TX 79416-4722, LUBBOCK COUNTY
Total Market Value - $54,394
Land Value - $10,519
Improvement Value - $43,875
Legal Description - OVERTON BLK 97 L 7 & E/2 OF 8 R674400
Data Source - A

**12903 SUGAR RIDGE BLVD APT 1503, STAFFORD, TX 77477-3138, FORT BEND COUNTY** (Jun 1997)
**Name Associated with Address:**
RAHUL R AGRAWAL
575-6160

Case 1:24-cv-04374-SDG    Document 6-8    Filed 10/07/24    Page 5 of 24

**Property Ownership Information for this Address**
     **Property:**

Parcel Number - 3182-01-000-0020-910   ℹ️

Owner Name: SUGAR RIDGE PROPERTY HOLDINGSII LLC

Property Address: - 12903 SUGAR RIDGE BLVD, STAFFORD, TX 77477-3116, FORT BEND COUNTY

Owner Address:

Sale Date - 04/02/2019

Sale Price - $213,420

Subdivision Name - FOUNTAINGATE SEC 1

Total Market Value - $24,914,160

Assessed Value - $24,914,160

Land Value - $886,385

Improvement Value - $24,027,775

Land Size - 592,547 Square Feet

Year Built - 1984

Seller Name: JK 12903 SUGAR RIDGE LLC

Legal Description - FOUNTAINGATE SEC 1, ACRES 13.603, RESERVE "B" (APARTMENTS)

Loan Amount - $170,736

Loan Type - CONVENTIONAL

Lender Name - PFP VI SUB VII LLC

Data Source - A


11700 AUDELIA RD APT, DALLAS, TX 75243-5600, DALLAS COUNTY
     **Name Associated with Address:**

RAHUL R AGRAWAL

575-6160


**Property Ownership Information for this Address**
     **Property:**

Parcel Number - 00-0007-8723-0000000   ℹ️

Owner Name: DANUEL R STANGER

Property Address: - 11700 AUDELIA RD, DALLAS, TX 75243-5600, DALLAS COUNTY

Owner Address: 5295 S COMMERCE DR STE 175, MURRAY, UT 84107-4786, SALT LAKE COUNTY

Sale Date - 06/10/2010

Sale Price - $3,805,250

Subdivision Name - ARBORS APTS

Total Market Value - $4,200,000

Land Value - $1,458,000

Improvement Value - $2,742,000

Land Size - 364,501 Square Feet

Year Built - 1980

Legal Description - THE ARBORS APTS BLK 1/8076 LOT 1 AUDULIA RD TO FOREST LN INT201000156889 DD06102010 CO-DC 8076 001 00100 3008076 001

Loan Amount - $3,044,200

Loan Type - CONVENTIONAL

Lender Name - FIRST BOSTON MTG SEC

Data Source - A


23 SNEED TTU 23, LUBBOCK, TX 79406-0014, LUBBOCK COUNTY (Mar 1998)
     **Name Associated with Address:**

RAHUL R AGRAWAL


**Bankruptcies:**

[None Found]

## Liens and Judgments:

 [None Found]

## UCC Filings:
[None Found]

## Phones Plus:    Phone Finder Ultimate
[None Found]

## Email Address:

Name: RAHUL AGARWAL

Email Address(es):
AGRAHUL11@GMAIL.COM

Street Address(es):
13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733


Name: RAHUL AGARWAL

Email Address(es):
AGRAHUL22@GMAIL.COM

Street Address(es):
13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733


Name: RAHUL AGARWAL

Email Address(es):
WENDYCOLEMAN60@YAHOO.COM

Street Address(es):
13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733


## People at Work:
*Maximum 50 People at Work records returned*

Name: RAHUL R AGRAWAL
Title: SENIOR PROJECT MANAGER AND CONSULTA
SSN: xxx-xx-xxxx
Company: MEMORIAL HERMANN HOSPITAL
Address: 6411 FANNIN ST, HOUSTON, TX 77030-1501
Phone: ✔ 713-795-5828 - CDT
FEIN:
Dates: Aug 4, 2015

Name: RAHUL R AGRAWAL
Title: SENIOR PROJECT MANAGER AND CONSULTA
SSN: xxx-xx-xxxx
Company: TIRR
Address: 4605 POST OAK PLACE DR STE 222, HOUSTON, TX 77027-9744
Phone: 713-877-0488 - CDT

FEIN:
Dates: Aug 4, 2015

Name: RAHUL R AGRAWAL
Title: SENIOR PROJECT MANAGER AND CONSULTA
SSN: xxx-xx-xxxx
Company: MEMORIAL HERMANN HOSPITAL
Address: 7737 SOUTHWEST FWY STE 200, HOUSTON, TX 77074-1800

Phone: ✔ 713-448-6444 - CDT
FEIN:
Dates: May 9, 2013

Name: RAHUL R AGRAWAL
Title: PROJECT MANAGER- ADMIN
SSN: xxx-xx-xxxx
Company: MEMORIAL HERMANN HOSPITAL
Address: 7737 SOUTHWEST FWY STE 200, HOUSTON, TX 77074-1800

Phone: ✔ 713-448-6444 - CDT
FEIN:
Dates: Mar 25, 2011

Name: RAHUL R AGRAWAL
Title: PROJECT MANAGER , OFFICE OF THE CHI
SSN: xxx-xx-xxxx
Company: MEMORIAL HERMANN HOSPITAL
Address: 7737 SOUTHWEST FWY STE 200, HOUSTON, TX 77074-1800

Phone: ✔ 713-448-6444 - CDT
FEIN:
Dates: Dec 15, 2010

Name: RAHUL RAJENDRA AGRAWAL
SSN: xxx-xx-xxxx
Company: JAFAR
Phone:
FEIN:
Dates:

**Possible Properties Owned by Subject:**

**Property:**
　Parcel Number - 059-127-029-0008  ℹ️
　Owner Name: RAHUL AGARWAL
　Owner Name 2: SNEHA B AGARWAL
　Property Address - 4329 DARSEY ST, BELLAIRE, TX 77401-5604, HARRIS COUNTY
　Owner Address: 4329 DARSEY ST, BELLAIRE, TX 77401-5604, HARRIS COUNTY
　Sale Date - 07/25/2023
　Seller Name: SAIMUN SINGLA
　Seller Name 2: NITIN K SINGLA
　Loan Amount - $800,000
　Loan Type - CONVENTIONAL
　Data Source - A

**Property:**
　Parcel Number - 7502-4101-008  ℹ️
　Owner Name: RAHUL R AGARWAL
　Property Address: - 13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733, BRAZORIA COUNTY

Owner Address:
Sale Date - 07/31/2009
Subdivision Name - SHADOW CREEK RANCH SF1-SF2-SF3
Total Market Value - $343,630
Assessed Value - $296,692
Land Value - $37,120
Improvement Value - $306,510
Land Size - 6,186 Square Feet
Year Built - 2009
Seller Name: PERRY HOMES LLC
Legal Description - SHADOW CREEK RANCH SF41 (PEARLAND), BLOCK 1, LOT 8
Data Source - A

**Property:**

Parcel Number - 059-127-029-0008  ℹ️
Owner Name: RAHUL AGARWAL
Owner Name 2: SNEHA B AGARWAL
Property Address: 4329 DARSEY ST, BELLAIRE, TX 77401-5604, HARRIS COUNTY
Owner Address:
Sale Date - 07/25/2023
Subdivision Name - SOUTHDALE ADD
Total Market Value - $818,537
Assessed Value - $818,537
Land Value - $369,563
Improvement Value - $448,974
Land Size - 5,125 Square Feet
Year Built - 2005
Seller Name: SAIMUN SINGLA
Seller Name 2: NITIN K SINGLA
Legal Description - LT 8 BLK 29 & ADJ 2.5 FT OF ABANDON ALLEY SOUTHDALE
Loan Amount - $800,000
Loan Type - CONVENTIONAL
Lender Name - MOTTO MTG PLUS MOTTO MTG PLUS
Data Source - A

**Property:**

Parcel Number - 7502-4101-008  ℹ️
Owner Name: RAHUL AGARWAL
Property Address - 13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733, BRAZORIA COUNTY
Owner Address: 13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733, BRAZORIA COUNTY
Sale Date - 06/25/2015
Seller Name: RAHUL R AGARWAL
Loan Amount - $145,700
Loan Type - CONVENTIONAL
Data Source - A

### Watercraft:

[None Found]

### FAA Certifications:

[None Found]

### FAA Aircrafts:

[None Found]

### Possible Criminal Records:

[None Found]

**Professional License(s):**

[None Found]

**Voter Registration:**

Name: RAHUL RAJENDRA AGARWAL

Address: 13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733

DOB: 10/xx/1978

Gender: Male

Last Vote Date: 11/3/2020

Registration Date: 1/11/2019

State of Registration: Texas

Status: ACTIVE

**Hunting/Fishing Permit:**

[None Found]

**Concealed Weapons Permit:**

[None Found]

**Firearms and Explosives:**

[None Found]

**Possible Associates:**

KRISHNA KUMAR BAGRI  DOB: 4/xx/1956

xxx-xx-xxxx      issued in New York  between  1/1/1990  and  12/31/1992

**Names Associated with Associate:**

KRISTINA K BAGRI  DOB: 4/1956

xxx-xx-xxxx      issued in New York  between  1/1/1990  and  12/31/1992

**Active Address(es):**

9 ELIZABETH ST, JERSEY CITY, NJ 07306-1406, HUDSON COUNTY ( 2004 -  2023)

201-656-1015 - EDT BAGRI KRISHNA K

**Previous And Non-Verified Address(es):**

131 N MIDDLETOWN RD, NANUET, NY 10954-1932, ROCKLAND COUNTY (Jan 2000 - Jan 2003)

205 MANHATTAN AVE FL 1ST, JERSEY CITY, NJ 07307-4234, HUDSON COUNTY (Oct 1998 - Feb 2004)

205 MANHATTAN AVE FL 5TH, JERSEY CITY, NJ 07307-4234, HUDSON COUNTY (Oct 1998)

114 NEWHOLAND, PURCHASE, NY 10577, WESTCHESTER COUNTY (Oct 1999)

114 NEW HOLLAND VLG APT 10, NANUET, NY 10954-2442, ROCKLAND COUNTY (Aug 1996 - Oct 1999)

239 E 84TH ST APT 1C, NEW YORK, NY 10028-2992, NEW YORK COUNTY (Aug 1991 - Jan 2003)

8 KELTZ ST, NEW CITY, NY 10956-7141, ROCKLAND COUNTY (Jul 1994 - Apr 2018)

380 FORT HILL RD, SCARSDALE, NY 10583-2411, WESTCHESTER COUNTY (Aug 1991 - Jan 2003)

DARSHNA N DESAI  DOB: 7/xx/1977

xxx-xx-xxxx      issued in Maryland  between  11/1/1995  and  9/3/1996

**Names Associated with Associate:**

DARSHNABE N DESAI  DOB: 7/xx/1977

xxx-xx-xxxx      issued in Maryland  between  11/1/1995  and  9/3/1996

DARSHNABEN N DESAI  DOB: 7/xx/1977

xxx-xx-xxxx      issued in Maryland  between  11/1/1995  and  9/3/1996

D DESAI  DOB: 7/xx/1977

xxx-xx-xxxx      issued in Maryland  between  11/1/1995  and  9/3/1996

DARSHNA N JESAI  DOB: 7/xx/1977

xxx-xx-xxxx      issued in Maryland  between  11/1/1995  and  9/3/1996

DARSHNABEN N DESAL  DOB: 7/xx/1977

xxx-xx-xxxx      issued in Maryland  between  11/1/1995  and  9/3/1996

Comprehensive Report https://secure.accurint.com/app/bps/report

**Active Address(es):**

✅ 38503 GARY LEE KING TER, FREMONT, CA 94536-3295, ALAMEDA COUNTY ( 2015 -  2023)

**Previous And Non-Verified Address(es):**

1801 CHICKORY CT, STOCKBRIDGE, GA 30281-7945, HENRY COUNTY (Jul 2004)

39440 CIVIC CENTER DR, FREMONT, CA 94538-3285, ALAMEDA COUNTY (Mar 2015)

100 MC LELLAN DR, SOUTH SAN FRANCISCO, CA 94080-7529, SAN MATEO COUNTY (Mar 2015)

6042 N LEE ST APT 8F, MORROW, GA 30260-1239, CLAYTON COUNTY (Dec 1997 - Sep 2003)

7940 HIGH POINT DR, JONESBORO, GA 30236-4191, CLAYTON COUNTY (Jun 1996)


ROSHAN B DSOUZA  DOB: 1/xx/1974

xxx-xx-xxxx      issued in Kansas  between  8/4/1998  and  3/1/2001

**Names Associated with Associate:**

ROSHAN BENEDICT SOUZA  DOB: 1/xx/1974

xxx-xx-xxxx      issued in Kansas  between  8/4/1998  and  3/1/2001

ROSHAN B D SOUZA  DOB: 1/xx/1974

xxx-xx-xxxx      issued in Kansas  between  8/4/1998  and  3/1/2001

ROSHAN B DSOUZA  DOB: 1974

xxx-xx-xxxx      issued in California  between  1/1/1972  and  12/31/1972


ROSHAN BENEDICT DSOUZA  DOB: 1/xx/1974

xxx-xx-xxxx      issued in Kansas  between  8/4/1998  and  3/1/2001

**Active Address(es):**

✅ 921 CASHEW LN, CEDAR PARK, TX 78613-3241, WILLIAMSON COUNTY (Dec 2012 -  2023)

**Previous And Non-Verified Address(es):**

305 E YAGER LN APT 227, AUSTIN, TX 78753-1666, TRAVIS COUNTY (Aug 2010 - Sep 2010)

3100 CALDERA BLVD, MIDLAND, TX 79705-2531, MIDLAND COUNTY (Oct 2002 - Jan 2003)

2402 9TH ST APT 13, LUBBOCK, TX 79401-2418, LUBBOCK COUNTY (Apr 2000 - Jan 2003)

🅂 2406 MAIN ST APT 28, LUBBOCK, TX 79401-2941, LUBBOCK COUNTY (Aug 2000 - Aug 2001)

2402 9TH ST APT 28, LUBBOCK, TX 79401-2418, LUBBOCK COUNTY (Aug 1999 - Jun 2001)

610 HOLVEST DR, MC KINNEY, TX 75070, COLLIN COUNTY (Feb 2001)

1533 MERCHANT ST APT W5, EMPORIA, KS 66801-5032, LYON COUNTY (Jun 1999 - Dec 2003)

2720 S HIGHLAND AVE APT 439, LOMBARD, IL 60148-5369, DUPAGE COUNTY (Sep 2010)

1325 MERCHANT ST APT 303, EMPORIA, KS 66801-5036, LYON COUNTY (Jul 2000 - Jan 2003)


CHARLES PHILLIP SAMUEL  DOB: 7/xx/1975

xxx-xx-xxxx      issued in Texas  between  1/1/1989  and  12/31/1989

**Names Associated with Associate:**

CHARLES PHILLIS SAMULE  DOB: 7/xx/1975

xxx-xx-xxxx      issued in Texas  between  1/1/1989  and  12/31/1989

CHARLES P SAMUD  DOB: 7/xx/1975

xxx-xx-xxxx      issued in Texas  between  1/1/1989  and  12/31/1989

SAMUEL P CHARLES  DOB: 7/xx/1975

xxx-xx-xxxx      issued in Texas  between  1/1/1989  and  12/31/1989

C P SAMUEL  DOB: 7/xx/1975

xxx-xx-xxxx      issued in Texas  between  1/1/1989  and  12/31/1989

PHILLIP SAMUEL CHARLES  DOB: 7/xx/1975

xxx-xx-xxxx      issued in Texas  between  1/1/1989  and  12/31/1989

CHARLES PHILLIS SAMUEL  DOB: 7/xx/1975

xxx-xx-xxxx      issued in Texas  between  1/1/1989  and  12/31/1989

**Active Address(es):**

✅ 6715 BRADHAM WAY, SUGAR LAND, TX 77479-5760, FORT BEND COUNTY (Jul 2020 - Jan 2024)

**Previous And Non-Verified Address(es):**

225 FLUOR DANIEL DR APT 4103, SUGAR LAND, TX 77479-4044, FORT BEND COUNTY (Apr 2020)

8511 PARATI CREEK LN, CYPRESS, TX 77433-4785, HARRIS COUNTY (Nov 2014 - Nov 2019)

🅂 6318 BOX BLUFF CT, SUGAR LAND, TX 77479-5023, FORT BEND COUNTY (Oct 2004 - Oct 2014)

827 SCHULER DR # 2111, ARLINGTON, TX 76011, TARRANT COUNTY (May 2003)

400 S OAK ST APT 103, ARLINGTON, TX 76010-1607, TARRANT COUNTY (Jan 2001 - Feb 2003)
321 E BUCKINGHAM RD APT 159, GARLAND, TX 75040-4711, DALLAS COUNTY (Jan 1996 - Jan 2001)
2305 BAY AREA BLVD APT 711, HOUSTON, TX 77058-2023, HARRIS COUNTY (Sep 1999 - Feb 2004)
2305 BAY AREA BLVD APT 7114, HOUSTON, TX 77058-2000, HARRIS COUNTY (Sep 1999 - Feb 2004)
159 E BUCKINGHAM RD # 159, GARLAND, TX 75040-4707, DALLAS COUNTY (Jun 2000 - Oct 2000)

PRANAV K BAGRI        DOB: 9/xx/1989
    **Active Address(es):**
    9 ELIZABETH ST, JERSEY CITY, NJ 07306-1406, HUDSON COUNTY (May 2004 - Feb 2024)
        201-656-1015 - EDT BAGRI KRISHNA K

**Possible Relatives:**
  **** Relative Results Limited to 20 - Use Maximum Relatives to Return Option to adjust limit ****

SNEHA BAGRI AGARWAL            DOB: 7/xx/1983
    **Names Associated with Relative:**
    SNEHA K BAGRI            DOB: 7/xx/1983
    **Active Address(es):**
    4329 DARSEY ST, BELLAIRE, TX 77401-5604, HARRIS COUNTY (Jul 2023 - Nov 2023)
        **Current Residents at Address:**
            RAHUL RAJENDRA AGRAWAL
            KWANG J KWANGJIP
            MARY MARGARET WARE
            SNEHA BAGRI AGARWAL
            ALEXANDER RICHARD SCHULKE
    **Previous And Non-Verified Address(es):**
    13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733, BRAZORIA COUNTY (Aug 2009 - Nov 2023)
        **Current Residents at Address:**
            KYUNG PIL KO
            EUNKYU AU
    9 ELIZABETH ST, JERSEY CITY, NJ 07306-1406, HUDSON COUNTY (Dec 2011)
        **Current Residents at Address:**
            KRISHNA KUMAR BAGRI
            PRANAV K BAGRI
            NAGABHARAN SAMINENI
            201-656-1015 - EDT BAGRI KRISHNA K

    **Possible Relative:**
    KRISHNA KUMAR BAGRI  DOB: 4/xx/1956
        xxx-xx-xxxx    issued in New York  between  1/1/1990  and  12/31/1992
        **Names Associated with Relative:**
        KRISTINA K BAGRI  DOB: 4/1956
            xxx-xx-xxxx    issued in New York  between  1/1/1990  and  12/31/1992
        **Active Address(es):**
        9 ELIZABETH ST, JERSEY CITY, NJ 07306-1406, HUDSON COUNTY ( 2004 -  2023)
            **Current Residents at Address:**
                KRISHNA KUMAR BAGRI
                PRANAV K BAGRI
                NAGABHARAN SAMINENI
                201-656-1015 - EDT BAGRI KRISHNA K

        **Previous And Non-Verified Address(es):**

131 N MIDDLETOWN RD, NANUET, NY 10954-1932, ROCKLAND COUNTY (Jan 2000 - Jan 2003)
>    **Current Residents at Address:**
>        SHAILESH C SHETH
>        JAYSHREE S SHETH

205 MANHATTAN AVE FL 1ST, JERSEY CITY, NJ 07307-4234, HUDSON COUNTY (Oct 1998 - Feb 2004)

205 MANHATTAN AVE FL 5TH, JERSEY CITY, NJ 07307-4234, HUDSON COUNTY (Oct 1998)

114 NEWHOLAND, PURCHASE, NY 10577, WESTCHESTER COUNTY (Oct 1999)

114 NEW HOLLAND VLG APT 10, NANUET, NY 10954-2442, ROCKLAND COUNTY (Aug 1996 - Oct 1999)

239 E 84TH ST APT 1C, NEW YORK, NY 10028-2992, NEW YORK COUNTY (Aug 1991 - Jan 2003)

8 KELTZ ST, NEW CITY, NY 10956-7141, ROCKLAND COUNTY (Jul 1994 - Apr 2018)
>    **Current Residents at Address:**
>        ANATOLIY M KOPELEV SR
>        NINA A KOPELEVA
>        BORIS YUSIM
>        TATYANA M KOPELEV

380 FORT HILL RD, SCARSDALE, NY 10583-2411, WESTCHESTER COUNTY (Aug 1991 - Jan 2003)
>    **Current Residents at Address:**
>        ANURAG BAGARIA
>        SANTOSH K DUGAR

PRANAV K BAGRI                DOB: 9/xx/1989
>    **Active Address(es):**
>    9 ELIZABETH ST, JERSEY CITY, NJ 07306-1406, HUDSON COUNTY (May 2004 - Feb 2024)
>        **Current Residents at Address:**
>            KRISHNA KUMAR BAGRI
>            PRANAV K BAGRI
>            NAGABHARAN SAMINENI
>            201-656-1015 - EDT BAGRI KRISHNA K

VISHAL R AGRAWAL  DOB: 1/xx/1976
>    xxx-xx-xxxx     issued in Indiana  between  12/1/1994  and  6/3/1996
>    **Names Associated with Relative:**
>    R AGRAWAL VISHAL  DOB: 1/xx/1976
>        xxx-xx-xxxx     issued in Indiana  between  12/1/1994  and  6/3/1996
>    VISHAL AGRWAL  DOB: 1/xx/1976
>        xxx-xx-xxxx     issued in Indiana  between  12/1/1994  and  6/3/1996
>    **Active Address(es):**
>    38503 GARY LEE KING TER, FREMONT, CA 94536-3295, ALAMEDA COUNTY ( 2015 -  2023)
>        **Current Residents at Address:**
>            VISHAL R AGRAWAL
>            DARSHNA N DESAI
>    **Previous And Non-Verified Address(es):**
>    13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733, BRAZORIA COUNTY (Dec 2013 - Jan 2014)
>        **Current Residents at Address:**
>            KYUNG PIL KO
>            EUNKYU AU

10498 FOUNTAIN LAKE DR, STAFFORD, TX 77477-3758, FORT BEND COUNTY (Jun 2008)

12840 S KIRKWOOD RD APT 1031, STAFFORD, TX 77477-3837, FORT BEND COUNTY (Feb 2002 - Jan 2008)

2406 MAIN ST APT 28, LUBBOCK, TX 79401-2941, LUBBOCK COUNTY (Sep 1995 - Jun 2002)

12903 SUGAR RIDGE BLVD APT 1503, STAFFORD, TX 77477-3138, FORT BEND COUNTY (Sep 1995 - Jan 2001)

2402 9TH ST APT 1, LUBBOCK, TX 79401-2418, LUBBOCK COUNTY (Sep 1998 - Jan 2003)
>        806-765-9907

2303 10TH ST APT 2, LUBBOCK, TX 79401-2431, LUBBOCK COUNTY (Aug 1996 - Jan 2003)
575-6160


100 MC LELLAN DR APT 2082, SOUTH SAN FRANCISCO, CA 94080-7532, SAN MATEO COUNTY (Aug 2014)
2301 PERFORMANCE DR APT 440, RICHARDSON, TX 75082-4541, DALLAS COUNTY (Dec 2013)

**PODJA R AGRAWAL**  DOB: 2/xx/1977
xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
**Names Associated with Relative:**
POOJA AGRAWAL SAMUEL  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
POOJA R ARGRAWAL  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
POOJA R AGRAWAL  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
POUJA R AGRAWAL  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
POOJA SAMUEL AGRAWAL  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
POOJA SAMUEL-AGRAWAL  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
POOJA CHARLES  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
SAMUEL POOJA  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
POOJA SAMUEL AGRAWAL  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
POOJA SAMUELAGRAWAL  DOB: 2/xx/1977
   xxx-xx-xxxx     issued in Texas  between  1/3/1998  and  7/1/1998
**Active Address(es):**

✓ 6715 BRADHAM WAY, SUGAR LAND, TX 77479-5760, FORT BEND COUNTY (Jul 2020 -  2023)
   **Current Residents at Address:**
        PODJA R AGRAWAL
        ALICE FUNHUA HSIEH
        YINGHUA HUA XU
        CHARLES PHILLIP SAMUEL
        TONG T ZHENG
        JINQING WANG
        SIMI AGRAWAL SAMUEL
**Previous And Non-Verified Address(es):**
225 FLUOR DANIEL DR APT 4103, SUGAR LAND, TX 77479-4044, FORT BEND COUNTY (Apr 2020)
225 FLUOR DANIEL DR APT 10110, SUGAR LAND, TX 77479-4047, FORT BEND COUNTY (Oct 2017)
8511 PARATI CREEK LN, CYPRESS, TX 77433-4785, HARRIS COUNTY (Nov 2014 - Nov 2019)
   **Current Residents at Address:**
        INES O VENTURA
        MANUEL A GAMERO JR
        JESSICA IDA HERRERA
        ALMA VENTURA
**Current phones listed at this address:**
        213-588-4999 - PDT SAMUEL ALYCIA

        424-448-2645 - PDT SAMUEL ALYCIA

**S** 13416 MOONLIT LAKE LN, PEARLAND, TX 77584-3733, BRAZORIA COUNTY (Oct 2014)

**Current Residents at Address:**
KYUNG PIL KO
EUNKYU AU

**S** 6318 BOX BLUFF CT, SUGAR LAND, TX 77479-5023, FORT BEND COUNTY (Oct 2004 - Oct 2014)

**Current Residents at Address:**
DANIEL ALAN FREMION
WERUCHE UZOARU
AZOGU EMMANUELA UDOM
281-242-1373


827 SCHULER DR # 2111, ARLINGTON, TX 76011, TARRANT COUNTY (Mar 2005)
400 S OAK ST APT 103, ARLINGTON, TX 76010-1607, TARRANT COUNTY (Jul 2000 - Feb 2003)
2305 BAY AREA BLVD APT 711, HOUSTON, TX 77058-2023, HARRIS COUNTY (Jan 2000 - Jan 2003)
**S** 2413 9TH ST APT 7, LUBBOCK, TX 79401-2417, LUBBOCK COUNTY (Mar 1998 - Mar 2001)


**Possible Relative:**

CHARLES PHILLIP SAMUEL  DOB: 7/xx/1975

xxx-xx-xxxx     issued in Texas  between  1/1/1989  and  12/31/1989

**Names Associated with Relative:**

CHARLES PHILLIS SAMULE  DOB: 7/xx/1975

xxx-xx-xxxx     issued in Texas  between  1/1/1989  and  12/31/1989

CHARLES P SAMUD  DOB: 7/xx/1975

xxx-xx-xxxx     issued in Texas  between  1/1/1989  and  12/31/1989

SAMUEL P CHARLES  DOB: 7/xx/1975

xxx-xx-xxxx     issued in Texas  between  1/1/1989  and  12/31/1989

C P SAMUEL  DOB: 7/xx/1975

xxx-xx-xxxx     issued in Texas  between  1/1/1989  and  12/31/1989

PHILLIP SAMUEL CHARLES  DOB: 7/xx/1975

xxx-xx-xxxx     issued in Texas  between  1/1/1989  and  12/31/1989

CHARLES PHILLIS SAMUEL  DOB: 7/xx/1975

xxx-xx-xxxx     issued in Texas  between  1/1/1989  and  12/31/1989

**Active Address(es):**

✔ 6715 BRADHAM WAY, SUGAR LAND, TX 77479-5760, FORT BEND COUNTY (Jul 2020 - Jan 2024)

**Current Residents at Address:**
PODJA R AGRAWAL
ALICE FUNHUA HSIEH
YINGHUA HUA XU
CHARLES PHILLIP SAMUEL
TONG T ZHENG
JINQING WANG
SIMI AGRAWAL SAMUEL

**Previous And Non-Verified Address(es):**

225 FLUOR DANIEL DR APT 4103, SUGAR LAND, TX 77479-4044, FORT BEND COUNTY (Apr 2020)
8511 PARATI CREEK LN, CYPRESS, TX 77433-4785, HARRIS COUNTY (Nov 2014 - Nov 2019)

**Current Residents at Address:**
INES O VENTURA
MANUEL A GAMERO JR
JESSICA IDA HERRERA
ALMA VENTURA

**Current phones listed at this address:**
213-588-4999 - PDT SAMUEL ALYCIA

424-448-2645 - PDT SAMUEL ALYCIA

**S** 6318 BOX BLUFF CT, SUGAR LAND, TX 77479-5023, FORT BEND COUNTY (Oct 2004 - Oct 2014)

    **Current Residents at Address:**
        DANIEL ALAN FREMION
        WERUCHE UZOARU
        AZOGU EMMANUELA UDOM
        281-242-1373

827 SCHULER DR # 2111, ARLINGTON, TX 76011, TARRANT COUNTY (May 2003)
400 S OAK ST APT 103, ARLINGTON, TX 76010-1607, TARRANT COUNTY (Jan 2001 - Feb 2003)
321 E BUCKINGHAM RD APT 159, GARLAND, TX 75040-4711, DALLAS COUNTY (Jan 1996 - Jan 2001)
        972-495-4284

2305 BAY AREA BLVD APT 711, HOUSTON, TX 77058-2023, HARRIS COUNTY (Sep 1999 - Feb 2004)
2305 BAY AREA BLVD APT 7114, HOUSTON, TX 77058-2000, HARRIS COUNTY (Sep 1999 - Feb 2004)
159 E BUCKINGHAM RD # 159, GARLAND, TX 75040-4707, DALLAS COUNTY (Jun 2000 - Oct 2000)
        972-495-4284

RAHUL AGRAWAL   DOB: 10/xx/1987
    xxx-xx-xxxx      issued in Texas   between   1/1/1992   and   12/31/1992
    **Active Address(es):**
    ✔ 6010 ANNAPOLIS ST, HOUSTON, TX 77005-3112, HARRIS COUNTY ( 2020 - 2021)
        **Current Residents at Address:**
            FAY STENGLER
            NISHA G GADGIL
            RAHUL AGRAWAL
    **Previous And Non-Verified Address(es):**
    1018 ALKIRE LAKE DR, SUGAR LAND, TX 77478-3408, FORT BEND COUNTY (Nov 2008 - Feb 2012)
        **Current Residents at Address:**
            RAJNI AGRAWAL
            JAI P AGRAWAL
            ANKUSH G AGRAWAL
            281-265-8778 - CDT AGRAWAL JAI

415 E HOOVER AVE APT, ANN ARBOR, MI 48104-3749, WASHTENAW COUNTY (Nov 2012)
17107 ROLLING BROOK CT, SUGAR LAND, TX 77479-3074, FORT BEND COUNTY (Jul 2000)
        **Current Residents at Address:**
            DONALD LYNN LFARMER
            DARLA GAIL FARMER
            JASON EUGENE FARMER
            WAYNE GILL
            281-265-8778

    **Possible Relative:**
    NISHA G GADGIL                 DOB: 5/xx/1987
        **Active Address(es):**
        ✔ 6701 FANNIN ST STE 1230, HOUSTON, TX 77030-2612, HARRIS COUNTY (May 2021 - Mar 2024)
        **Previous And Non-Verified Address(es):**

6010 ANNAPOLIS ST, HOUSTON, TX 77005-3112, HARRIS COUNTY ( 2020 - Jan 2024)
**Current Residents at Address:**
FAY STENGLER
NISHA G GADGIL
RAHUL AGRAWAL
1648 PIERCE DR STE 327, ATLANTA, GA 30322-0001, DEKALB COUNTY (Aug 2013 - Oct 2023)
1018 ALKIRE LAKE DR, SUGAR LAND, TX 77478-3408, FORT BEND COUNTY (Apr 2020)
**Current Residents at Address:**
RAJNI AGRAWAL
JAI P AGRAWAL
ANKUSH G AGRAWAL
281-265-8778 - CDT AGRAWAL JAI

11739 GREENBAY DR, HOUSTON, TX 77024-6431, HARRIS COUNTY (Oct 2002 - Aug 2019)
**Current Residents at Address:**
ABHIJIT GANGADHAR GADGIL
ANJALI A VARDE
1365 CLIFTON RD NE STE 6200B, ATLANTA, GA 30322-1013, DEKALB COUNTY (Jul 2021)

SIMI AGRAWAL SAMUEL           DOB: 2/xx/1977
**Active Address(es):**
6715 BRADHAM WAY, SUGAR LAND, TX 77479-5760, FORT BEND COUNTY (Nov 2020)
**Current Residents at Address:**
PODJA R AGRAWAL
ALICE FUNHUA HSIEH
YINGHUA HUA XU
CHARLES PHILLIP SAMUEL
TONG T ZHENG
JINQING WANG
SIMI AGRAWAL SAMUEL

JAI P AGRAWAL  DOB: 12/xx/1957
xxx-xx-xxxx     issued in Texas  between  1/1/1979  and  12/31/1980
**Names Associated with Relative:**
JAI P AGARWAL  DOB: 12/xx/1957
xxx-xx-xxxx     issued in Texas  between  1/1/1979  and  12/31/1980
AGRAWAL JAI  DOB: 12/xx/1957
xxx-xx-xxxx     issued in Texas  between  1/1/1979  and  12/31/1980
JAI P AGRAWAL  DOB: 1958
xxx-xx-xxxx     issued in Texas  between  1/1/1979  and  12/31/1980
**Previous And Non-Verified Address(es):**
1018 ALKIRE LAKE DR, SUGAR LAND, TX 77478-3408, FORT BEND COUNTY (Apr 1998 -  2023)
**Current Residents at Address:**
RAJNI AGRAWAL
JAI P AGRAWAL
ANKUSH G AGRAWAL
281-265-8778 - CDT AGRAWAL JAI

5601 CLINTON DR, HOUSTON, TX 77020-8010, HARRIS COUNTY (Mar 1992 -  2022)
**Current Residents at Address:**
JAI P AGRAWAL
**Current phones listed at this address:**
832-831-7495 - CDT PRECISION FOOD SUPPLY

281-265-8778

**17107 ROLLING BROOK CT, SUGAR LAND, TX 77479-3074, FORT BEND COUNTY** (Nov 1986 - Mar 2016)
**Current Residents at Address:**
DONALD LYNN LFARMER
DARLA GAIL FARMER
JASON EUGENE FARMER
WAYNE GILL
281-265-8778

**911 FEDERAL RD STE Z, HOUSTON, TX 77015-4817, HARRIS COUNTY** (Jan 1995 - Jan 2003)
713-453-6239 - CDT PALABRA RESTAURACION

**11523 FAIRPOINT DR, HOUSTON, TX 77099-3307, HARRIS COUNTY** (Nov 1986 - Jan 2003)
**Current Residents at Address:**
VERNELL ARCHIE II
CHARLES PORTER SR
CHARLES PORTER
281-265-8778

**2311 QUAIL PLACE DR, MISSOURI CITY, TX 77489-4031, FORT BEND COUNTY** (Aug 1988 - Dec 1991)
**Current Residents at Address:**
SYLVESTER O SHINA
**9020 SCRANTON ST, HOUSTON, TX 77075-1121, HARRIS COUNTY** (Nov 1989)
**10103 NEWDALE DR, HOUSTON, TX 77099-3323, HARRIS COUNTY** (Jul 1985 - Nov 1986)
**Current Residents at Address:**
GERGIS W JEHAR
BERHE W KELATI
ELIZABETH BERHE KELATI
GHIRMAI A OKBASILASIE

**Possible Relative:**
HARI P AGRAWAL  DOB: 12/xx/1955
xxx-xx-xxxx    issued in Texas  between  1/1/1980  and  12/31/1980
**Names Associated with Relative:**
HARI AGARWAL  DOB: 12/xx/1955
xxx-xx-xxxx    issued in Texas  between  1/1/1980  and  12/31/1980
HARI PARKASH AGRAWAL  DOB: 12/xx/1955
xxx-xx-xxxx    issued in Texas  between  1/1/1980  and  12/31/1980
HARRY P AGRAWAL  DOB: 12/xx/1955
xxx-xx-xxxx    issued in Texas  between  1/1/1980  and  12/31/1980
HARI P AGRAWAL  DOB: 1956
xxx-xx-xxxx    issued in Texas  between  1/1/1980  and  12/31/1980
AGRAWAL HARI  DOB: 12/xx/1955
xxx-xx-xxxx    issued in Texas  between  1/1/1980  and  12/31/1980
HARI P AFRAWAL  DOB: 12/xx/1955
xxx-xx-xxxx    issued in Texas  between  1/1/1980  and  12/31/1980
HARIP AGRAWAL  DOB: 12/xx/1955
xxx-xx-xxxx    issued in Texas  between  1/1/1980  and  12/31/1980
MARI AGRAWAL  DOB: 12/xx/1955
xxx-xx-xxxx    issued in Texas  between  1/1/1980  and  12/31/1980
**Active Address(es):**

✓ 3439 WOODBROOK LN, SUGAR LAND, TX 77478-4297, FORT BEND COUNTY (Jun 1985 - 2023)
**Current Residents at Address:**
HARI P AGRAWAL
ANJALI D AGRAWAL
281-265-0946

**Previous And Non-Verified Address(es):**
4800 SUGAR GROVE BLVD STE 317, STAFFORD, TX 77477-2631, FORT BEND COUNTY (Oct 2018 - 2020)

6406 BAZEL BROOK DR, MISSOURI CITY, TX 77489-2703, FORT BEND COUNTY (Jun 1985 - Jun 2019)
**Current Residents at Address:**
GLENDA F SANDERS
ELIAS AGUIRRE HERNANDEZ
FERNANDA HURTADO
**Current phones listed at this address:**
832-379-3775 - CDT BIBLE GLENDA F

281-265-0946

5617 BISSONNET ST APT, HOUSTON, TX 77081-6134, HARRIS COUNTY (Apr 1993 - Jun 2007)
281-265-0946

12603 SOUTHWEST FWY STE 245, STAFFORD, TX 77477-3809, FORT BEND COUNTY (Apr 1996 - Jan 1999)

281-240-0399 - CDT DELTA BUSINESS

204 SUITE, STAFFORD, TX 77477, FORT BEND COUNTY (Oct 1997)
281-265-0946

12600 EXCHANGE DR APT 204, STAFFORD, TX 77477-3609, FORT BEND COUNTY (Apr 1995 - Oct 2000)
**Current phones listed at this address:**
713-972-0400 - CDT EPSOLON NETWORKS INC

281-903-7746 - CDT STF CONST LLC

281-265-0946

10730 BRIAR ST, HOUSTON, TX 77042, HARRIS COUNTY (Nov 1997)
10730 BRIAR FOREST DR UNIT 3/36, HOUSTON, TX 77042-2321, HARRIS COUNTY (May 1995 - Nov 1997)
12603 SW FY APT 245, STAFFORD, TX 77477, FORT BEND COUNTY (Jan 1997)

CHARU AGRAWAL                DOB: 9/xx/1986
**Names Associated with Relative:**
CHARU AGARAWAL                DOB: 9/xx/1986
**Active Address(es):**
✓ 7200 CAMBRIDGE ST STE 7B, HOUSTON, TX 77030-4202, HARRIS COUNTY (Mar 2019 - Mar 2024)
**Previous And Non-Verified Address(es):**
3307 ELMRIDGE ST, HOUSTON, TX 77025-4313, HARRIS COUNTY (Nov 2017 - Jan 2024)
**Current Residents at Address:**

SUNJAY R DEVARAJAN
CHARU AGRAWAL

**4426 RESERVOIR RD NW, WASHINGTON, DC 20007-2041, D.C COUNTY** (Jun 2013 - Dec 2023)

**Current Residents at Address:**
SUNJAY R DEVARAJAN
CHRISTOPHER ALAN MORAN
CHARU AGRAWAL
ABDELMALEK SBIH
ANDREW ERNEST HINZMAN
STACEY LAUREN BERGER

**1919 OLD SPANISH TRL, HOUSTON, TX 77054-2003, HARRIS COUNTY** (Nov 2023 - Dec 2023)

**Current Residents at Address:**
SNEHAL SUBODH DESAI
KEISHA DERONACHA BRAZZILE
YESENIA ROJAS ROJAS-KHALIL
CHARU AGRAWAL
ASHLEY AKUNNAYA ANUGWOM
CORRINA GRACE COKER

**107 GRANBERRY ST, HUMBLE, TX 77338-4547, HARRIS COUNTY** (Sep 2017 - Mar 2019)
281-359-7473 - CDT KINGWOOD PIPE

**7600 KIRBY DR APT 505, HOUSTON, TX 77030-4326, HARRIS COUNTY** (Jul 2016 - Jul 2019)
**3439 WOODBROOK LN, SUGAR LAND, TX 77478-4297, FORT BEND COUNTY** (May 2012 - Mar 2015)

**Current Residents at Address:**
HARI P AGRAWAL
ANJALI D AGRAWAL

**6515 WYDOWN BLVD, SAINT LOUIS, MO 63105-2215, ST. LOUIS COUNTY** (Feb 2012)

**RAJNI AGRAWAL**  DOB: 10/xx/1960
xxx-xx-xxxx    issued in Texas  between  1/1/1981  and  12/31/1981

**Names Associated with Relative:**
AGRAWAL RAJNI  DOB: 10/xx/1960
xxx-xx-xxxx    issued in Texas  between  1/1/1981  and  12/31/1981
RANGI AGRAWAL  DOB: 10/xx/1960
xxx-xx-xxxx    issued in Texas  between  1/1/1981  and  12/31/1981
RAJHI AGRAWAL  DOB: 1961
xxx-xx-xxxx    issued in Texas  between  1/1/1981  and  12/31/1981

**Active Address(es):**
✓ 1018 ALKIRE LAKE DR, SUGAR LAND, TX 77478-3408, FORT BEND COUNTY (Apr 1998 -  2023)

**Current Residents at Address:**
RAJNI AGRAWAL
JAI P AGRAWAL
ANKUSH G AGRAWAL
281-265-8778 - CDT AGRAWAL JAI

**Previous And Non-Verified Address(es):**
17107 ROLLING BROOK CT, SUGAR LAND, TX 77479-3074, FORT BEND COUNTY (Apr 1994 - Jan 2006)

**Current Residents at Address:**
DONALD LYNN LFARMER
DARLA GAIL FARMER
JASON EUGENE FARMER
WAYNE GILL
281-265-8778

11523 FAIRPOINT DR, HOUSTON, TX 77099-3307, HARRIS COUNTY (Feb 1987 - Jan 2003)
**Current Residents at Address:**
VERNELL ARCHIE II
CHARLES PORTER SR
CHARLES PORTER
281-265-8778

911 FEDERAL RD STE Z, HOUSTON, TX 77015-4817, HARRIS COUNTY (Jan 1995 - Jan 2003)
713-453-6239 - CDT PALABRA RESTAURACION

RASHI AGRAWAL          DOB: 8/xx/1990
**Active Address(es):**
✔ 104 WHIPPLE DR, BELLAIRE, TX 77401-5339, HARRIS COUNTY ( 2020 - Jan 2024)
**Current Residents at Address:**
KUNAL KIRAN JAGAD
RASHI AGRAWAL
**Previous And Non-Verified Address(es):**
1018 ALKIRE LAKE DR, SUGAR LAND, TX 77478-3408, FORT BEND COUNTY (Nov 2006 - Nov 2020)
**Current Residents at Address:**
RAJNI AGRAWAL
JAI P AGRAWAL
ANKUSH G AGRAWAL
281-265-8778 - CDT AGRAWAL JAI

2801 WATERWALL DR APT 545, HOUSTON, TX 77056-6444, HARRIS COUNTY (Apr 2020)
2801 WATERWALL DR APT 630, HOUSTON, TX 77056-6445, HARRIS COUNTY (Sep 2018 - Mar 2019)
2208 PEARL ST, AUSTIN, TX 78705-5011, TRAVIS COUNTY (Oct 2015)

**Possible Relative:**
KUNAL KIRAN JAGAD          DOB: 10/xx/1985
**Active Address(es):**
✔ 104 WHIPPLE DR, BELLAIRE, TX 77401-5339, HARRIS COUNTY ( 2020 -  2023)
**Current Residents at Address:**
KUNAL KIRAN JAGAD
RASHI AGRAWAL
**Previous And Non-Verified Address(es):**
6318 WALSTON BEND DR, SUGAR LAND, TX 77479-5604, FORT BEND COUNTY (Oct 2004 - Feb 2012)
**Current Residents at Address:**
KIRAN SHASHIKANT JAGAD
JYUTHIKA KIRAN JAGAD

ANKUSH G AGRAWAL          DOB: 12/xx/1995
**Previous And Non-Verified Address(es):**
1018 ALKIRE LAKE DR, SUGAR LAND, TX 77478-3408, FORT BEND COUNTY (Apr 2021)
**Current Residents at Address:**
RAJNI AGRAWAL
JAI P AGRAWAL
ANKUSH G AGRAWAL
281-265-8778 - CDT AGRAWAL JAI

6330 MAIN ST, HOUSTON, TX 77005-1843, HARRIS COUNTY (Nov 2014)

**SHIVDHAN M AGRAWAL**  DOB: 1/xx/1931

xxx-xx-xxxx    issued in Texas  between  1/1/1979  and  12/31/1979

**Names Associated with Relative:**

SHIVDHAN M AGRAWAL  DOB: 1932

xxx-xx-xxxx    issued in Texas  between  1/1/1979  and  12/31/1979

**Active Address(es):**

✅ 17107 ROLLING BROOK CT, SUGAR LAND, TX 77479-3074, FORT BEND COUNTY

**Current Residents at Address:**

DONALD LYNN LFARMER

DARLA GAIL FARMER

JASON EUGENE FARMER

WAYNE GILL

**Previous And Non-Verified Address(es):**

1302 MEADOWLARK LN, SUGAR LAND, TX 77478-3426, FORT BEND COUNTY (Jul 1990 - Dec 2001)

**Current Residents at Address:**

TAIWO O KAYODE

OPEOLUWA OLAWUNMI KAYODE

OLAMIDE KAYODE

ASHLEY NICOLE KAYODE

3439 WOODBROOK LN, SUGAR LAND, TX 77478-4297, FORT BEND COUNTY (Feb 1995 - Oct 2000)

**Current Residents at Address:**

HARI P AGRAWAL

ANJALI D AGRAWAL

2311 QUAIL PLACE DR, MISSOURI CITY, TX 77489-4031, FORT BEND COUNTY (May 1988 - Dec 1989)

**Current Residents at Address:**

SYLVESTER O SHINA

S ARBOR DR, HOUSTON, TX 77089, HARRIS COUNTY (Aug 1989)

10103 NEWDALE DR, HOUSTON, TX 77099-3323, HARRIS COUNTY (Jul 1989 - Aug 1989)

**Current Residents at Address:**

GERGIS W JEHAR

BERHE W KELATI

ELIZABETH BERHE KELATI

GHIRMAI A OKBASILASIE

10103 NEW, HOUSTON, TX 77067, HARRIS COUNTY

**PRASHANT S AGARWAL**  DOB: 6/xx/1960

xxx-xx-xxxx    issued in Indiana  between  1/1/1986  and  12/31/1987

**Names Associated with Relative:**

P S AGARWAL  DOB: 6/xx/1960

xxx-xx-xxxx    issued in Indiana  between  1/1/1986  and  12/31/1987

PRASHANT TY AGARWAL  DOB: 6/xx/1960

xxx-xx-xxxx    issued in Indiana  between  1/1/1986  and  12/31/1987

**Active Address(es):**

✅ 1532 W CALLE DEL DUCADO, GREEN VALLEY, AZ 85622-5049, PIMA COUNTY (Sep 2020 -  2022)

**Current Residents at Address:**

JOAN SIMMONS

PRASHANT S AGARWAL

VIRGINIA T MORRIS

WILLIAM JAMES MORRIS

**Previous And Non-Verified Address(es):**

1336 E DESERT TRUMPET RD, PHOENIX, AZ 85048-5916, MARICOPA COUNTY (Jun 2014 - Dec 2015)

**Current Residents at Address:**

MICHELLE R DOWNING

JOSEPH J DOWNING

LUKE J DOWNING

747 W EBONY WAY, CHANDLER, AZ 85248-4445, MARICOPA COUNTY (May 2014)
**Current Residents at Address:**
NIRMAL NAVINCHANDR GANDHI
NAVIN K GANDHI
MEGHA N GANDHI

4323 SW TWOMBLY AVE, PORTLAND, OR 97239-1370, MULTNOMAH COUNTY ( 2011 - May 2014)
**Current Residents at Address:**
SCOTT A HARDISTER
EMILY ERIN SCOTT
ZOE B HARDISTER

5829 NE FARNHAM ST, HILLSBORO, OR 97124-7291, WASHINGTON COUNTY (Nov 2011 - Dec 2011)
**Current Residents at Address:**
ANDREW TIMOTHY BARKER
KAREN ANNE SLY
KATHERYN ANNE BARKER

161 WINDMILL TRL N, PLACITAS, NM 87043-8312, SANDOVAL COUNTY (Nov 2006 - Sep 2011)
**Current Residents at Address:**
LEANDRA C MEDINA
DURIN J MCCASH
BREE THERESA MCCASH

4405 SW MELVILLE AVE, PORTLAND, OR 97239-1360, MULTNOMAH COUNTY (Oct 2000 - Dec 2008)
**Current Residents at Address:**
CATHERINE E SCHWEITZER
GRACE L MONTGOMERY
MATTHEW M SCHWEITZER
AUGUST SCHWEITZER

8119 E PALM LN, MESA, AZ 85207-9760, MARICOPA COUNTY (May 2004 - Dec 2005)
**Current Residents at Address:**
TANYA LEE WOOD
JOHNATHAN JIM HEINE
KATIE SUE HEINER
480-984-1771

3219 E BROOKWOOD CT, PHOENIX, AZ 85048-5813, MARICOPA COUNTY (Feb 2000 - Jan 2003)
**Current Residents at Address:**
JENNIFER LYNN EARDLEY
DAMIEN THOMAS SALAMONE
480-498-5226

2413 9TH ST APT 7, LUBBOCK, TX 79401-2417, LUBBOCK COUNTY (May 1997 - Jan 2003)
520-498-5226

**Possible Relative:**
JOAN SIMMONS  DOB: 11/xx/1953
xxx-xx-xxxx    issued in California  between  1/1/1968  and  12/31/1969
**Names Associated with Relative:**
JOAN S AGARWAL  DOB: 11/xx/1953
xxx-xx-xxxx    issued in California  between  1/1/1968  and  12/31/1969
JOAN S SIMMONS  DOB: 11/xx/1953
xxx-xx-xxxx    issued in California  between  1/1/1968  and  12/31/1969
JOAN SAMMONS  DOB: 11/xx/1953

xxx-xx-xxxx    issued in California  between  1/1/1968  and  12/31/1969

JOAN SIMMONS  DOB: 6/1960

xxx-xx-xxxx    issued in California  between  1/1/1968  and  12/31/1969

**Active Address(es):**

✔ 1532 W CALLE DEL DUCADO, GREEN VALLEY, AZ 85622-5049, PIMA COUNTY (Sep 2020 - Jun 2022)

**Current Residents at Address:**
JOAN SIMMONS
PRASHANT S AGARWAL
VIRGINIA T MORRIS
WILLIAM JAMES MORRIS

**Previous And Non-Verified Address(es):**

1336 E DESERT TRUMPET RD, PHOENIX, AZ 85048-5916, MARICOPA COUNTY (Jun 2014 - Dec 2015)

**Current Residents at Address:**
MICHELLE R DOWNING
JOSEPH J DOWNING
LUKE J DOWNING

747 W EBONY WAY, CHANDLER, AZ 85248-4445, MARICOPA COUNTY (May 2014)

**Current Residents at Address:**
NIRMAL NAVINCHANDR GANDHI
NAVIN K GANDHI
MEGHA N GANDHI

4323 SW TWOMBLY AVE, PORTLAND, OR 97239-1370, MULTNOMAH COUNTY ( 2011 - Mar 2014)

**Current Residents at Address:**
SCOTT A HARDISTER
EMILY ERIN SCOTT
ZOE B HARDISTER

5829 NE FARNHAM ST, HILLSBORO, OR 97124-7291, WASHINGTON COUNTY (Nov 2011 - Dec 2011)

**Current Residents at Address:**
ANDREW TIMOTHY BARKER
KAREN ANNE SLY
KATHERYN ANNE BARKER

161 WINDMILL TRL N, PLACITAS, NM 87043-8312, SANDOVAL COUNTY ( 2008 - Dec 2011)

**Current Residents at Address:**
LEANDRA C MEDINA
DURIN J MCCASH
BREE THERESA MCCASH

4405 SW MELVILLE AVE, PORTLAND, OR 97239-1360, MULTNOMAH COUNTY (Oct 2000 - Feb 2009)

**Current Residents at Address:**
CATHERINE E SCHWEITZER
GRACE L MONTGOMERY
MATTHEW M SCHWEITZER
AUGUST SCHWEITZER

8119 E PALM LN, MESA, AZ 85207-9760, MARICOPA COUNTY (May 2004 - Aug 2004)

**Current Residents at Address:**
TANYA LEE WOOD
JOHNATHAN JIM HEINE
KATIE SUE HEINER

7837 N SUSSEX CT, TUCSON, AZ 85704-7161, PIMA COUNTY (Aug 1997 - Jan 2003)

**Current Residents at Address:**
JASMIN SABANIC
MICHAEL ROBERT KENDALL
GOLNAZ VAHDANI
PARVIZ VAHDANI

3219 E BROOKWOOD CT, PHOENIX, AZ 85048-5813, MARICOPA COUNTY (Feb 2000 - Dec 2008)

**Current Residents at Address:**
JENNIFER LYNN EARDLEY

DAMIEN THOMAS SALAMONE

SRSHTI ACHAL AGARWAL
**Active Address(es):**

22494 NEWCUT RD, CLARKSBURG, MD 20871-9488, MONTGOMERY COUNTY (Feb 2016 - Feb 2024)
**Current Residents at Address:**
JAYESH A MALIK
SRSHTI ACHAL AGARWAL
301-540-0571 - EDT AGARWAL SRSHTI A


**Previous And Non-Verified Address(es):**
15612 MARATHON CIR APT 101, GAITHERSBURG, MD 20878-5367, MONTGOMERY COUNTY (Oct 2015)

**Source Information:**

| | |
|---|---|
| All Sources | 83  Source Document(s) |
| Voter Registrations | 1  Source Document(s) |
| Historical Person Locator | 26  Source Document(s) |
| Person Locator 2 | 3  Source Document(s) |
| Deed Transfers | 9  Source Document(s) |
| Tax Assessor Records | 35  Source Document(s) |
| Email Address | 9  Source Document(s) |